NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**FRED BASSALI,**
*Plaintiff-Appellant,*

**v.**

**JOHNSON CONTROLS, INC.,
JOHNSON CONTROLS TECHNOLOGY COMPANY,
JOHNSON CONTROLS INTERIOR L.L.C.,
AND HOOVER UNIVERSAL, INC.,**
*Defendants-Appellees.*

———————————

2013-1558

———————————

Appeal from the United States District Court for the Western District of Michigan in No. 08-CV-0029, Chief Judge Paul L. Maloney.

———————————

**JUDGMENT**

———————————

JOHN M. DIMATTEO, Willkie Farr & Gallagher LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief were STEVEN H. REISBERG and ROBERT G. KOFSKY.

J. MICHAEL HUGET, Honigman Miller Schwartz and Cohn LLP, of Ann Arbor, Michigan, argued for defend-

ants-appellees.  With him on the brief were DEBORAH J. SWEDLOW and CHARLES W. DUNCAN, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 14, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |